**FOURTH DIVISION**
**DILLARD, P. J.,**
**MERCIER and LAND, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**November 16, 2022**

# In the Court of Appeals of Georgia

A21A0327. MIMBS v. HENRY COUNTY SCHOOLS.

LAND, Judge.

In *Mimbs v. Henry County Schools*, 359 Ga. App. 299 (857 SE2d 286) (2021), this Court affirmed the trial court's grant of summary judgment to defendant Henry County Schools in plaintiff Sheri Mimbs' whistleblower action[1] on the ground that Mimbs' action was time-barred as to all three of the allegedly retaliatory actions taken against her. Id. at 302-303. The Supreme Court of Georgia granted certiorari and reversed in part, holding that as to the County's "formal termination" of Mimbs' contract, which she "undisputedly received" in writing on May 3, 2017, "her complaint was timely[.]" *Mimbs v. Henry County Schools*, 313 Ga. 631, 636-637 (2)

---

[1] See the Georgia Whistleblower Act, OCGA § 45-1-4 (authorizing a public employee's civil action to recover damages for retaliatory acts by public employers).

(872 SE2d 685) (2022). Our Supreme Court then remanded the case to this Court "with direction to remand to the trial court for further proceedings consistent with this opinion." Id. at 637 (2). Adopting the Supreme Court's opinion as our own, we reverse the trial court's grant of summary judgment as to the formal termination of May 3, 2017, and remand for further proceedings consistent with our Supreme Court's opinion.

*Judgment affirmed in part and reversed in part, and case remanded with direction. Dillard, P. J., and Mercier, J., concur*.